UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

APR 0 8 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Nathan E. Jacobs,                        )
                                         )
        Plaintiff,                       )
                                         )        Civil Action No.  19-676 (UNA)
        v.                               )
                                         )
Dewayne Hendrix *et al.*,                )
                                         )
        Defendants.                      )

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*.  The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004).  The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a prisoner at the Federal Correctional Institution in Forrest City, Arkansas.  He

has sued his warden and other individuals who appear to work at the prison facility.  Yet,

plaintiff "seek[s] judgment under the local [ ] rule" of this court. Compl. at 1. The complaint consists of cryptic phrases that provide no notice of a claim and the basis of jurisdiction. Therefore, this action will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: March 29, 2019

_____
United States District Judge